UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, | |
|     Plaintiff(s), | Case No. 2:15-cv-01052-RCJ-NJK |
| vs. | ORDER DENYING STIPULATION TO EXTEND |
| VEGAS EASTERN STAR, LLC, | |
|     Defendant(s). | (Docket No. 11) |

      Pending before the Court is a stipulation to extend the deadline to file a Discovery Plan and Scheduling Order.  Docket No. 11.  Stipulations for extensions must "state the reasons for the extension requested."  Local Rule 6-1(b).   The pending stipulation provides no reason whatsoever for the requested extension.  Furthermore, requests after the expiration of the specified period shall not be granted, unless the parties demonstrate that their failure to act was the result of excusable neglect.  *Id.*  Here, the parties filed their stipulation on September 29, 2015 – two days after the September 27 deadline for filing the Discovery Plan and Scheduling Order.  The pending stipulation also fails to address excusable neglect.  Accordingly, it is hereby DENIED without prejudice.

      IT IS SO ORDERED.

      DATED: September 30, 2015

                                                _____
                                                NANCY J. KOPPE
                                                United States Magistrate Judge